**ORDERED ACCONDINGLY.**

Dated: May 11, 2010



_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 Proceeding |
| SAMUEL L. QUEEN AND JULI A. QUEEN, | Case No.: 2:10-bk-04928-GBN |
| Debtors. | |
| M&I MARSHALL & ILSLEY BANK, | |
| Movant, | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |
| vs. | |
| SAMUEL L. QUEEN AND JULI A. QUEEN, DEBTORS; AND DALE D. ULRICH, CHAPTER 7 TRUSTEE, | (Order Concerns: Real Property; Located at 1520 N. 101st Street Mesa, AZ 85207) |
| Respondents. | |

Movant, M&I Marshall and Ilsley Bank having filed a <u>Motion For Relief From The Automatic Stay Pursuant To §362(d)(1)</u> (the "Motion For Relief") and served a Notice of the Motion For Relief as required by Local Bankruptcy Rule 4001-1, no timely written objections to the Motion For Relief having been filed and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Samuel L. Queen and Juli A. Queen (the "Debtors") which is located at 1520 N. 101st Street, Mesa, AZ 85207 and is

legally described in **Exhibit A** attached hereto and incorporated herein by this reference (the "Property") to allow M&I Marshall & Ilsley Bank to exercise its state law rights and remedies, including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property.

**Signed and dated above.**

# EXHIBIT "A"

# EXHIBIT A

North 385 feet of the South 500 feet of the North half of the following described property:

That part of the Southwest quarter of Section 11, Township 1 North, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:

BEGINNING at a point on the South line of said Section 11, 385 yards (1155 feet) West of the Southeast corner of the Southwest quarter of said Section 11;

Thence West along said South line 220 yards (660 feet), to a point 275 yards (825 feet), East of the Southwest corner of said Section 11;

Thence North parallel to the West line of said Section 11, 880 yards (2640 feet), to a point on the North line of said Southwest quarter;

Thence East, along said North line, 220 yards (660 feet), to a point 385 yards (1155 feet) West of the Northeast corner of said Southwest quarter;

Thence South 880 yards (2640 feet) to the POINT OF BEGINNING.

EXCEPTING THERRFROM that portion of the above described property conveyed to Flood Control District of Maricopa County, a municipal corporation and a political subdivision by Warranty Deed recorded in Docket 15453, page 1024.